## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF KENTUCKY
### ASHLAND

**IN RE:**

**APPALACHIAN FUELS, LLC**                                                    **CASE NO. 09-10343**

**THE LIQUIDATING TRUSTEE OF APP FUELS CREDITOR TRUST**            **PLAINTIFF**

**v.**                                                                      **ADV. NO. 11-1003**

**BOWIE RESOURCES, LLC** *et al.*                                          **DEFENDANTS**

### ORDER

This matter is before the Court on the Bingham Greenebaum Doll LLP[1] motion for summary judgment.  (Doc. 40).  Having considered the arguments of counsel, the materials of record and having entered a memorandum opinion,

IT IS HEREBY ORDERED the motion for summary judgment is DENIED.

---

[1]        The named defendant in this proceeding is Greenebaum Doll & McDonald PLLC. Effective January 2, 2012, Greenebaum Doll & McDonald PLLC merged with Bingham McHale LLP to form a new law firm known as Bingham Greenebaum Doll LLP.  *See* Notice, Doc. 64.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge**
**Dated: Thursday, March 01, 2012
(jms)**