**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| APPALACHIAN FUELS, LLC, *et al.*  ) | ) | Case No. 09-10343 |
| | ) | Chapter 11 |
| DEBTORS | ) | |
| | ) | |
| | ) | |
| THE LIQUIDATING TRUSTEE OF | ) | Adv. Pro. 11-1003 |
| APP FUELS CREDITORS TRUST | ) | |
| | ) | |
| PLAINTIFF | ) | |
| v. | ) | |
| | ) | |
| BOWIE RESOURCES, LLC, *et al.* | ) | |
| | ) | |
| DEFENDANTS | ) | |

---

### ORDER GRANTING SUMMARY JUDGMENT

---

This matter is before the Court on the Bingham Greenebaum Doll LLP[1] renewed motion for summary judgment.  (Doc. 73).  In reaching the conclusions stated in the Memorandum Opinion, (Doc. 81), the Court considered all evidence, exhibits and arguments of counsel, regardless of whether or not specifically referenced therein,

IT IS HEREBY ORDERED the Renewed Motion for Summary Judgment of Bingham Greenebaum Doll LLP is GRANTED.

IT IS FURTHER ORDERED all claims and causes of action alleged against Bingham Greenebaum Doll LLP are hereby DISMISSED.

---

[1]     The named defendant in this proceeding is Greenebaum Doll & McDonald PLLC.  Effective January 2, 2012, Greenebaum Doll & McDonald PLLC merged with Bingham McHale LLP to form a new law firm known as Bingham Greenebaum Doll LLP.  *See* Notice, Doc. 64.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge
Dated: Monday, May 21, 2012
(jms)**